**No. 41483.**—Protests 959864–G, etc., of Kraft Associated Dist., Inc., et al. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the cheese in question was wrapped in foil or paper or both and is the same as that the subject of Abstracts 36724 and 38185. The protests were therefore sustained.

**No. 41484.**—Protests 899839–G, etc., of C. R. Cheney & Co. et al. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the cheese in question was wrapped in foil or paper or both and is the same as that the subject of Abstracts 36724 and 38185. The protests were therefore sustained.

**No. 41485.**—Protest 964529–G(A) of Venice Importing Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 it was held that an allowance should have been made in the weight of the cheese to compensate for the fuller's earth covering.

**No. 41486.**—Protests 916336–G, etc., of Andrew Makris & Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 it was held that an allowance should have been made in the weight of the cheese to compensate for the fuller's earth covering.

**No. 41487.**—Protests 941056–G, etc., of A. Makris & Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) and Abstract 39667 the protests were sustained.

**No. 41488.**—Protest 966369–G of L. Oppleman, Inc. (New York).

Opinion by KEEFE, J. The letter which was found to be the only protest before the court was held insufficient and untimely. The protest was therefore dismissed.

**No. 41489.**—Protest 985459–G of A. J. Trucco (New York).

Opinion by KEEFE, J. On the agreed facts the protest was sustained.

**No. 41490.**—Protest 874407–G of Ignaz Strauss & Co., Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.